IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00890-JLK-

WILFREDO MEJIA CLAVEL,

    Petitioner,

v.

LORI SCIALABBA, Acting Director, United States Citizenship and Immigration Services;
LAURA ZUCHOWSKI, Acting Center Director, Vermont Service Center, United States
    Citizenship and Immigration Services;
JEH JOHNSON, Secretary of the Department of Homeland Security;

    Respondents.

---

## ORDER

---

The Court, having considered the Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) and Proposed Briefing Scheduling for Plaintiff's Claims for Fees and Costs, and finding sufficient cause therefor, ORDERS that the instant case is DISMISSED but that no final judgment be entered at this time.

The Court further orders that it retains ancillary or supplemental jurisdiction to resolve the issue of Plaintiff's entitlement to and amount of attorneys' fees and costs with the following briefing schedule:

1.     Plaintiff's motion shall be due ~~June 9, 2014~~ July 28, 2014.
2.     Defendant's response shall be due ~~June 30, 2014~~ August 18, 2014.
3.     Plaintiff's reply shall be due ~~July 14, 2014~~ September 2, 2014.

DATED: July 18, 2014

S/ John L. Kane
John L. Kane
Senior United States District Judge